**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 399 MAL 2016
:
Respondent :
:
: Petition for Allowance of Appeal from
: the **Unpublished Memorandum and**
v. : **Order** of the Superior Court at No.
: 1690 EDA 2015 entered on March 9,
: 2016, **affirming** the Order of the
JUSTIN CORLISS, : Monroe County Court of Common
: Pleas at No. CP-45-CR-0001748-
Petitioner : 2013 entered on April 16, 2015

## ORDER

**PER CURIAM**                                **DECIDED:  February 23, 2018**

**AND NOW**, this 23rd day of February, 2018, the Petition for Allowance of Appeal

is **GRANTED**.   The order of the Superior Court is **VACATED**, and the matter is

**REMANDED** to the Superior Court for reconsideration in light of *Commonwealth v. Muniz,*

164 A.3d 1189 (Pa. 2017).

Justice Mundy did not participate in the consideration or decision of this matter.